1  Daniel M. Cislo, Esq., No. 125,378
      *dancislo@cislo.com*
2  Mark D. Nielsen, Esq., No. 210,023
      *mnielsen@cislo.com*
3  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
4  Santa Monica, California 90401-1211
   Telephone: (310) 451-0647
5  Telefax: (310) 394-4477

6  Attorneys for Plaintiff,
7  AMINI INNOVATION CORPORATION

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSDALE ART FACTORY, LLC, an Arizona limited liability company, and DOES 1-9, inclusive,<br><br>    Defendants. | Case No. CV 12-10486 SJO (CWx)<br><br>[Hon. S. James Otero]<br><br>**ORDER ENTERING STIPULATED PERMANENT INJUNCTION** |

Pursuant to the Stipulated Permanent Injunction submitted by Amini Innovation Corporation ("AICO") and Scottsdale Art Factory, LLC ("Scottsdale Art Factory") submitted concurrently herewith, the Court hereby enters the following Order:

# STATEMENT OF FACTS

1. Amini Innovation Corporation ("AICO") had designed for it, markets, and sells home furnishings, including its Chateau Beauvais bedroom collection, Cortina bedroom collection and entertainment wall, Lavelle bedroom collection, Palais Royale bedroom collection, Torino bedroom collection, and Villa Valencia dining room collection.

2. As part of its intellectual property portfolio, AICO is the owner of United States Copyright Registrations and Design Patents covering the ornamental designs on the following furniture items:

## TABLE 1

| AICO FURNITURE ITEM | COPYRIGHT / DESIGN PATENT |
|---|---|
| Cortina headboard | VA 1-306-206 / D536,558 |
| Cortina footboard | VA 1-314-234 / D535,507 |
| Cortina nightstand | VA 1-623-886 |
| Cortina entertainment wall | VA 1-387-514 |
| Torino nightstand | VA 1-215-709 / D480,895 |
| Lavelle headboard | VA 1-707-350 / D638,642 |
| Lavelle footboard | VA 1-707-341 / D638,236 |
| Lavelle dresser with mirror | VA 1-707-349 / D650,201 |
| Palais Royale headboard | VA 1-662-525 / D593,781 |
| Palais Royale footboard | VA 1-662-394 / D593,782 |
| Palais Royale dresser | VA 1-663-098 |
| Palais Royale dresser mirror | VA 1-636-783 |
| Palais Royale dresser with mirror | D637,014 |
| Palais Royale nightstand | VA 1-662-431 |
| Palais Royale armoire | VA 1-662-475 |
| Villa Valencia arm chair | VA 1-627-832 / D576,409 |
| Villa Valencia china cabinet/buffet | VA 1-627-828 / D644,852 |

| Villa Valencia dining table | VA 1-627-918 / D592,893 |
| Chateau Beauvais headboard | VA 1-712-247 / D610,845 |
| Chateau Beauvais footboard | VA 1-711-898 / D610,846 |

3. For a time, Scottsdale made, publicly displayed (on the internet), offered for sale, and/or sold furniture items that AICO alleged to be within the scope of the above-referenced copyright registrations and design patents.

4. As part of a resolution of this action, AICO and Scottsdale have stipulated and agreed to the terms of the permanent injunction below.

WHEREFORE, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, personal jurisdiction over Scottsdale, and venue is proper as to Scottsdale, for purposes of this case.

2. AICO's copyrights and design patents set forth in Table 1 above are valid, subsisting, and enforceable.

3. Effective immediately, Scottsdale, its agents, employees, representatives, and all persons in active concert or participation with it or any of them, shall immediately cease all manufacture, use, importing, distributing, marketing, advertising, publicly displaying, trade show displaying, internet displaying, offering for sale and/or selling: (a) any furniture items the same or substantially similar in appearance to the furniture items shown in the copyrights and design patents listed in Table 1 above, and (b) any furniture items within the scope of the copyrights and design patents set forth in Table 1 above.

4. Effective immediately, Scottsdale shall not aid or assist any person or entity in engaging in any of the above-referenced prohibited activities.

5. This injunction shall remain in effect until the copyrights and/or design patents expire or are declared invalid by a Court of Law.

February 14, 2013

*S. James Otero*

Date: _____, 2013    _____
Hon. S. James Otero
United States District Judge

T:\12-27093\Proposed Order Entering Permanent Injunction.doc

# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401.

On February 13, 2013, I served:

**[PROPOSED] ORDER ENTERING STIPULATED PERMANENT INJUNCTION**

addressed as follows to:

> Roger A. Raw
> Scottsdale Art Factory, LLC.
> 7407 E. Greenway Road
> Scottsdale, Arizona 85260

☒ **BY FIRST-CLASS MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to the office(s) of the addressee(s) shown above.

☐ **BY ELECTRONIC MAIL**: I caused a copy of such document to be sent via electronic mail to the addressee(s) shown above.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 13, 2013, at Santa Monica, California.

_____
Stephanie Diaz-Sandoval